```
                               FILED
                     CLERK, U.S. DISTRICT COURT

                           MAR 14 2013

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-MJ-797 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ANTHONY MASTRIANA | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  (X)  the safety of any person or the community.

//

//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply with his conditions.

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he has viable bail resources.

IT IS ORDERED that defendant be detained.

DATED: 3·14·2013

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE